1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9    STEVEN N. BOLTON,

10            Petitioner,                    No. CIV S-06-0449 GEB CHS P

11        vs.

12   DARREL G. ADAMS, et al.,

13            Respondents.                   ORDER

14   _____/

15            Petitioner has requested the appointment of counsel.  There currently exists no

16   absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

17   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

18   any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

19   § 2254 Cases.  In the present case, the undersigned does not find that the interests of justice

20   would be served by the appointment of counsel.

21            Accordingly, IT IS HEREBY ORDERED that petitioner's December 24, 2008

22   and January 12, 2009 requests for appointment of counsel are denied.

23   DATED: January 14, 2009

24                              CHARLENE H. SORRENTINO
                               UNITED STATES MAGISTRATE JUDGE
25

26